IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CARTER BROTHERS              )
MANUFACTURING COMPANY,       )
INC.,                        )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )        2:11cv251-MHT
                             )            (WO)
LUMBERMEN'S UNDERWRITING     )
ALLIANCE, an Inter-          )
insurance Exchange Company,  )
                             )
    Defendant.               )
```

## JUDGMENT

There being no objection, it is the ORDER, JUDGMENT, and DECREE of the court that third-party plaintiff Lumbermen's Underwriting Alliance's motion to dismiss (doc. no. 83) is granted and that third-party defendant South Central Alabama Development Commission is dismissed with prejudice.

It is further ORDERED that costs are taxed against third-party plaintiff Lumbermen's Underwriting Alliance, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Third-party defendant South Central Alabama Development Commission is terminated as a party.

DONE, this the 10th day of August, 2011.

                         /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE