IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CARTER BROTHERS MANUFACTURING COMPANY, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) ) | 2:11cv251-MHT (WO) |
| LUMBERMEN'S UNDERWRITING ALLIANCE, an Inter-insurance Exchange Company, | ) ) ) ) | |
| Defendant. | ) | |

# JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss third-party defendant (doc. no. 150) is granted and that third-party defendant GE Commercial Distribution Finance Corporation and the claims against it are dismissed with prejudice, with the parties to bear their own costs.

GE Commercial Distribution Finance Corporation is terminated as a third-party defendant.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed.**

**DONE, this the 21st day of November, 2011.**

                                               **/s/ Myron H. Thompson**
                                       **UNITED STATES DISTRICT JUDGE**