IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CARTER BROTHERS ) <br> MANUFACTURING COMPANY, ) <br> INC., ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> LUMBERMEN'S UNDERWRITING ) <br> ALLIANCE, an Inter- ) <br> insurance Exchange Company, ) <br> ) <br>    Defendant and Third- ) <br>    Party Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> GE COMMERCIAL DISTRIBUTION ) <br> FINANCE CORP., et al., ) <br> ) <br>    Third-Party Defendants. ) | CIVIL ACTION NO. <br> 2:11cv251-MHT <br> (WO) |

ORDER

It is ORDERED that the motion for summary judgment, etc. (doc. no. 178) is denied.

DONE, this the 17th day of July, 2012.

                             /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE