IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CARTER BROTHERS                 )
MANUFACTURING COMPANY,          )
INC.,                           )
                                )
     Plaintiff,                 )
                                )   CIVIL ACTION NO.
     v.                         )     2:11cv251-MHT
                                )         (WO)
LUMBERMEN'S UNDERWRITING        )
ALLIANCE, an Inter-             )
insurance Exchange Company,     )
                                )
     Defendant and Third-       )
     Party Plaintiff,           )
                                )
     v.                         )
                                )
GE COMMERCIAL DISTRIBUTION      )
FINANCE CORP., et al.,          )
                                )
     Third-Party Defendants.    )
```

JUDGMENT

On the 31st day of August, 2012, after this cause had been submitted to a jury, a verdict was returned as follows:

## VERDICT

## PART I

1. Has Lumbermen's Underwriting Alliance proved its <u>non-cooperation contention</u> by a preponderance of the evidence?

        Yes  _____
        No    X

2. Has Lumbermen's Underwriting Alliance proved its <u>misrepresentation contention</u> by a preponderance of the evidence?

        Yes  _____
        No    X

3. Has Lumbermen's Underwriting Alliance proved its <u>arson contention</u> by a preponderance of the evidence?

        Yes  _____
        No    X

4. Has Carter Brothers Manufacturing Company, Inc. proved its <u>breach of contract contention</u> by a preponderance of the evidence?

        Yes    X
        No  _____

## PART II

If you answered "no" to questions 1, 2 and 3, and you <u>also</u> answered "yes" to question 4, you will have found that Carter Brothers Manufacturing Company, Inc. may recover from

2

Lumbermen's Underwriting Alliance.  Proceed to question 5 <u>if and only if</u> you answered "no" to questions 1, 2 and 3, and you <u>also</u> answered "yes" to question 4.

5. If you find that Carter Brothers Manufacturing Company, Inc. may recover from Lumbermen's Underwriting Alliance, how much is it entitled to in damages?

$ <u>13,653,415</u>

SO SAY WE ALL.

DONE, this the <u>31</u> day of August, 2012

<u>/s/ Octavius M. Jackson</u>
FOREPERSON

It is therefore the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Judgment is entered in favor of plaintiff Carter Brothers Manufacturing Company, Inc. and against defendant Lumbermen's Underwriting Alliance.

(2) Plaintiff Carter Brothers Manufacturing Company, Inc. shall have and recover from defendant Lumbermen's Underwriting Alliance the sum of $ 13,653,415.

(3) It is further ORDERED that costs are taxed against defendant Lumbermen's Underwriting Alliance, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 4th day of September, 2012.

        /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE