IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CARTER BROTHERS MANUFACTURING COMPANY, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 2:11cv251-MHT |
| v. | ) ) | (WO) |
| LUMBERMEN'S UNDERWRITING ALLIANCE, an Inter-insurance Exchange Company, | ) ) ) ) | |
| Defendant and Third- Party Plaintiff, | ) ) ) | |
| v. | ) ) | |
| GE COMMERCIAL DISTRIBUTION FINANCE CORP., et al., | ) ) ) | |
| Third-Party Defendants. | ) | |

### ORDER

Based on the representations made on the record on September 5, 2012, it as ORDERED as follows:

(1) Within one week, the parties are to file a joint motion for payment, along with a proposed order, with regards to third-party defendant Industrial Development Board of the City of Brundridge.

(2) Within two weeks, defendant Lumbermen's Underwriting Alliance may file any renewed motion for directed verdict, etc.

(3) Within two weeks, defendant Lumbermen's Underwriting Alliance may file a new motion renewing its challenge to Larry Dewberry's testimony.

(4) Within two weeks, third-party defendants First Commercial Bank and Regions Bank are to file motions for judgment.  The parties have agreed that this matter may be resolved by the court without an evidentiary hearing.

(5) All motions will be set for briefing and submission.  The Dewberry motion will be set for an evidentiary hearing.

(6) As to the matter of third-party defendants June and Jonathan Arn, the matter is held in abeyance.

DONE, this the 6th day of September, 2012.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE